■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY WALKER, SR., Appellant. [684 NYS2d 788] —Judgment, Supreme Court, New York County (William Wetzel, J.), rendered August 19, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the fifth degree and criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years, unanimously affirmed. The matter is remitted to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5).

On the existing record, which defendant has not sought to

amplify by way of a CPL 440.10 motion, we find that defendant received meaningful representation. Counsel's failure to alert the court to the incorrect degree of sale and possession of a controlled substance originally charged in the indictment was rendered moot by the court's corrective action, and the remainder of counsel's alleged deficiencies could not have deprived defendant of a fair trial (*see, People v Benevento*, 91 NY2d 708, 713-714). We also find that defendant received meaningful representation with respect to the second felony offender finding (*see, People v Lane*, 60 NY2d 748, 750-751).

The evidence adduced at the *Hinton* hearing was sufficient to support the court's closure order, which provided for admission of family members, if requested (*see, People v Ayala*, 90 NY2d 490, *cert denied* 522 US 1002; *People v Mincey*, 255 AD2d 158). Concur—Ellerin, P. J., Rubin, Mazzarelli and Saxe, JJ.